UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE ZAK,<br><br>        Plaintiff,<br><br>    v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 17-cv-02363-JD<br><br>**ORDER TRANSFERRING CASE** |

On July 6, 2017, defendant Liberty Life Assurance Company of Boston filed a motion to transfer this case to the United States District Court for the Western District of Pennsylvania, pursuant to 28 U.S.C. § 1404(a). Dkt. No. 11. On July 24, 2017, plaintiff Christine Zak filed a notice of non-opposition to the motion. Dkt. No. 19. The Court finds that this action could have been brought in the Western District of Pennsylvania and transfers the matter accordingly. 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

Dated: July 31, 2017

JAMES DONATO
United States District Judge